UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER JAY SANCHEZ,

        Plaintiff,

    v.

HAROLD CLARKE, *et al*,

        Defendants.

Case No. C05-5486FDB

ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

The Court, having reviewed the report and recommendation, plaintiff's motion for preliminary injunction and the remaining record, hereby finds and ORDERS:

(1)    the Magistrate Judge's report and recommendation is approved and adopted;

(2)    plaintiff's motion for preliminary injunction (Dkt. #53) is DENIED; and

(3)    the clerk is directed to send copies of this Order to plaintiff and any other party that has appeared in this action.

DATED this 2nd day of May 2006.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1