UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER JAY SANCHEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>HAROLD CLARKE, *et al*,<br><br>             Defendants. | Case No. C05-5486FDB-KLS<br><br>REPORT AND RECOMMENDATION<br><br>Noted for July 14, 2006 |

      Plaintiff is a state prisoner currently incarcerated at the Washington Corrections Center, located in Shelton, Washington. This matter is before the Court on plaintiff's failure to comply with the undersigned's order to show cause regarding certain fatal deficiencies in his complaint. (Dkt. #66). After a review of the record, the undersigned submits the following report and recommendation, recommending the Court dismiss this action for failure to comply with the Court's order.

### DISCUSSION

      On May 4, 2006, the undersigned issued an order finding the claims contained in plaintiff's complaint to be fatally deficient, and directing plaintiff to file by no later than June 4, 2006, an amended complaint, curing, if possible, those deficiencies, or show cause why this matter should not be dismissed. (Dkt. #66). To date, however, plaintiff has filed no response to that order.

### CONCLUSION

      Because plaintiff has failed to respond to the undersigned's order to show cause (Dkt. #66), and because his complaint remains deficient for the reasons set forth therein, the Court should dismiss this case

REPORT AND RECOMMENDATION
Page - 1

1  with prejudice.

2   Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rules of Civil Procedure ("Fed. R. Civ. P.") 72(b),
3  the parties shall have ten (10) days from service of this Report and Recommendation to file written
4  objections thereto. See also Fed.R.Civ.P. 6.  Failure to file objections will result in a waiver of those
5  objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985).  Accommodating the time limit
6  imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set this matter for consideration on **July 14,**
7  **2006**, as noted in the caption.

8   DATED this 22nd day of June, 2006.

9
10
11                Karen L. Strombom
12                United States Magistrate Judge

REPORT AND RECOMMENDATION
Page - 2