UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER JAY SANCHEZ,

Plaintiff,

v.

HAROLD CLARKE, *et al.*,

Defendants.

Case No. C05-5486FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge recommends that this cause of action be dismissed for failure to comply with the order to show cause regarding certain fatal deficiencies in Plaintiff's Complaint. Plaintiff has failed to respond with objections to the Report and Recommendation, as well. Having reviewed the file herein, and finding good cause for dismissal, and Plaintiff having filed no objections, NOW, THEREFORE,

IT IS ORDERED:

1. The Court adopts the Report and Recommendation;

2. This cause of action is DISMISSED;

3. The Clerk is directed to send copies of this Order to Plaintiff, to counsel who have appeared, and to the Honorable Karen L. Strombom.

DATED this 28th day of July, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1